IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIAN JERMAINE LEWIS ) <br> ID # 34663-077, ) <br> Movant, ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Respondent. ) | No. 3:16-CV-2308-M-BH <br> No. 3:13-CR-0466-M <br><br> Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for failure to prosecute or follow court orders.

SIGNED this 3d day of November, 2016.

_BARBARA M. G. LYNN_
CHIEF JUDGE